Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway
Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Schindler Elevator*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOURDES VALENCIA-BUSTIOS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SCHINDLER ELEVATOR, a domestic corporation, DOES and ROES 1-100; inclusive, <br><br> Defendant. | Case No. 2:10-cv-02185-GMN-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Lourdes Valencia-Bustios and Defendant Schindler Elevator, by and through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 5th day of April, 2011.

| | |
|---|---|
| NELSON LAW | JACKSON LEWIS LLP |
| /s/ Nicholas Hamilton | /s/ Elayna J. Youchah |
| Sharon L. Nelson, Bar # 6433 <br> Nicholas Hamilton, Bar # 10893 <br> 8670 W. Cheyenne Ave., Ste. 120 <br> Las Vegas, Nevada 89129 | Elayna J. Youchah, Bar # 5837 <br> Lisa A. McClane, Bar No. 10139 <br> 3960 Howard Hughes Parkway, Ste. 450 <br> Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

JACKSON LEWIS LLP
LAS VEGAS

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

**DATED** this 7th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge